IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         NO. 4:97CR00118-01 GTE

ALVIN AKINS

### ORDER AND JUDGMENT

The above entitled cause came on for hearing on the Petition to Revoke Supervised Release filed by the Government. The Defendant, Alvin Akins admitted to the violations set out in the Violation Memorandum and upon the basis of the admissions of the defendant, the Court finds that he violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant, Alvin Akins, on September 15, 2002, be, and it is hereby, **REVOKED**.

IT IS FURTHER ORDERED that the defendant serve a period of imprisonment of TWELVE (12) MONTHS AND ONE (1) DAY in the custody of the Bureau of Prisons, said sentence to run consecutive to the state sentence the Defendant is presently serving in the Arkansas Department of Correction. A period of Two (2) years' Supervised Release is imposed to follow Defendant's release from prison. The Court recommends that the defendant participate in nonresidential substance abuse treatment and educational and vocational programs during incarceration. During the period of Supervised Release the Defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling and/residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 18th day of April, 2006.

                                                       _/s/ Garnett Thomas Eisele_____
                                                       UNITED STATES DISTRICT JUDGE